## Mynster, et ux., Appellants, *v.* High.

Argued March 22, 1976. *Stewart J. Greenleaf*, with him *William R. Cooper, Emory W. Buck*, and *Cooper and Greenleaf*, for appellants; *William H. Kinkead, III*, with him *William H. Bradbury, III*, and *Wright, Manning & Sagendorph*, for appellee.

Judgment affirmed.

## Pasquale Partnership, Appellant, *v.* O'Hara, et al.

Argued March 18, 1976. *Francis P. O'Hara*, with him *Fox, Differ, Callahan, Ulrich & O'Hara*, for appellant; *Daniel Quinlan*, for appellees.

Decree affirmed.